

**MICHAEL A. CARDOZO**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LINDA MINDRUTIU**
Assistant Corporation Counsel
phone: (212) 788-1177
fax: (212) 788-9776
email: lmindrut@law.nyc.gov

January 10, 2012

BY ECF
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: David Ashby v. City of New York, et al.
           11 CV 3531 BMC

Dear Judge Cogan:

    I am an Assistant Corporation Counsel assigned to the defense on this action. I write to inform the Court that the parties have settled this matter.

    Thank you for your consideration in this regard.

Respectfully submitted,

/s/ *(signature)*

Linda Mindrutiu
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY ECF
    Paul Hale